# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ELEAZAR LOPEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>FRESENIUS USA, INC., a Massachusetts Corporation, BIO-MEDICAL APPLICATIONS OF CALIFORNIA, INC, a Delaware Corporation, and DOES 1 through 20,<br><br>    Defendants. | Case No. 8:16-cv-1193 CAS (PJWx)<br><br>**[OCSC CASE NO.: 30-2016-00849702-CU-WT-CJC]**<br><br>~~[PROPOSED]~~ **ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>State Court Complaint Filed: May 2, 2016<br>Trial date: September 12, 2017 |

By request and stipulation of the Parties, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: July 7, 2017

*/s/ Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
United States District Court Judge

---

CASE NO.: 8:16-cv-1193 CAS (PJWx)      1      [PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL